# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

132948

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EARL A. MERRITT,
      Plaintiff-Appellee,

v

SC: 132948
COA: 271007
WCAC: 03-000120

CASSENS TRANSPORT COMPANY,
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, and CRAWFORD &
COMPANY,
      Defendants-Appellants.

_____/

    On order of the Court, the application for leave to appeal the December 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

t0523